1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JOSEPH WALTER KAISER, et al.,

11            Plaintiffs,                    No. CIV S- 91-0300 GGH P

12        vs.

13    COUNTY OF SACRAMENTO, et al.,

14            Defendants.                    ORDER

15    _____/

16            The court is in receipt of the County's briefing pursuant to the court's order of

17    October 22, 2008, and is awaiting Mr. Comiskey's.  With respect to one aspect of the proposed

18    modifications to the consent decree, the County has requested that it be permitted to house

19    psychiatric patients, classified for housing in the general population and under the care of

20    Outpatient Psychiatric Services, to be housed in the Roger Bauman Facility of the Rio Cosumnes

21    Correctional Center, along with providing care by the Sacramento County Psychiatric Service.

22            Because the court can conceive of no deleterious result arising from this

23    modification regarding housing of psychiatric inmate/patients, the County is provisionally

24    authorized to implement that aspect of the proposed consent decree modification at this time.

25    Final approval is reserved for a later order.

26    \\\\\

1

1        By letter to the presiding judge, the court will be seeking the input of the

2   Sacramento County Superior Court regarding the proposed modification to terminate the law

3   library and institute a paralegal research program for pro se inmates in place of the library.

4    DATED: 10/30/08

5                                        /s/ Gregory G. Hollows

6                                        GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE
7

8   GGH:009
    kais0300.mod
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26