IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH WALTER KAISER, et al.,

      Plaintiffs,              No. CIV S- 91-0300 GGH P

   vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.      <u>ORDER</u>

_____/

      The Clerk shall serve this Order and the attached letter of request along with the filing of October 29, 2008 (docket #247, including attachments) on the Honorable James M. Mize, Presiding Judge, Sacramento County Superior Court, 720 Ninth Street, Sacramento, California  95814.

      The Clerk shall serve this Order and letter of request on the parties herein, but not the October 29 filing as the parties have already in possession of such.

DATED: 10/30/08

                        /s/ Gregory G. Hollows

                        _____
                        GREGORY G. HOLLOWS
                        UNITED STATES MAGISTRATE JUDGE

GGH:009
kais0300.mize