IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH WALTER KAISER, et al.,

    Plaintiffs,                    No. CIV S-91-0300 GGH P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        The undersigned is in receipt of a letter from attorney Paul Comiskey (dated November 22, 2008) in which he indicates that attorney Stewart Katz may be associated in this case, or be substituted in as lead counsel.

        1. No later than December 12, 2008, Mr. Katz shall file an association/substitution of counsel in this case, or inform the court by letter that he will not be involved in this case;

        2. The hearing set by the County on its Motion to Modify the Consent Decree (Docket # 244) (noticed for December 11, 2008) is vacated;

        3. No presently listed *plaintiffs'* counsel aside from Mr. Paul Comiskey shall be served in this case; the Clerk shall electronically serve this order on Paul Comiskey at paulcomiskey@earthlink.net; Mr. Comiskey shall sign up for the electronic filing service of this

1

court if he has not already done so;

    4. The Clerk shall electronically serve Mr. Stewart Katz with this Order at the current CM/ECF e-mail address which Mr. Katz has on file with this court.

DATED: 12/01/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:gh
kais0300.com