**LAW OFFICE OF STEWART KATZ**

STEWART KATZ, State Bar #127425

555 University Avenue, Suite 270

Sacramento, California 95825

Telephone: (916) 444-5678

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH WALTER KAISER, et al.

         Plaintiffs,

  vs.

COUNTY OF SACRAMENTO, et al.

         Defendants.
_____/

NO.  CIV S-91-0300 GGH P

SUBSTITUTION OF ATTORNEY (CHANGE IN DESIGNATION OF LEAD COUNSEL)

    Counsel for plaintiffs, by way of this pleading, hereby move that Stewart Katz, who is an attorney presently associated in this action (Motion and order lodged August 17,

1
Substitution of Attorney

1998) on behalf of the plaintiffs be substituted in as, or, in the alternative, designated as, the lead counsel for plaintiffs.  In that capacity, Stewart Katz shall be responsible for the filing of any pleadings required in this action.  Paul Comiskey, who is presently the lead attorney in this action, shall relinquish that role to Stewart Katz but shall remain as an associated counsel of record in this matter.

　　　This substitution/change of designation of lead counsel is done with the purpose to benefit and protect the class of individuals who are affected by the consent decree.

///

Substitution of Attorney

```
Dated:    December 3, 2008        By:  /s/ Stewart Katz
                                  STEWART KATZ
                                  Attorney for Plaintiffs




Dated:    December 3, 2008        By:  /s/ Paul Comiskey
                                  PAUL COMISKEY
                                  Attorney for Plaintiffs
```

**IT IS SO ORDERED.**

```
Dated: 12/08/08                   /s/ Gregory G. Hollows
                                  GREGORY G. HOLLOWS
                                  U.S. Magistrate Judge


                                  Kais0300.sub
```