IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH WALTER KAISER, et al.,

    Plaintiffs,   No. CIV S-91-0300 GGH P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.   <u>ORDER</u>

_____/

    The undersigned is in receipt of a letter from Attorney Paul Comiskey (dated October 1, 2009) in which he indicates that he, Lead Counsel Stewart Katz and Opposing Counsel Jim Wood are uncertain as to how this matter is to proceed, averring that all issues appear to be resolved except the question of attorneys' fees.  In the first place, the court can discern no reason why counsel have not conformed to custom and filed a stipulation and proposed order, addressing and resolving the substantive issues.  In the second place, there is no motion for attorneys' fees pending in the docket of this case.

    Accordingly, IT IS ORDERED that counsel submit a stipulation and proposed order resolving this matter within fourteen (14) days.

DATED: October 13, 2009

    /s/ Gregory G. Hollows

    _____
    GREGORY G. HOLLOWS
    UNITED STATES MAGISTRATE JUDGE

GGH:009
kais0300.ord