1  **ROBERT A. RYAN, JR., County Counsel**
   **JAMES R. WOOD, Deputy County Counsel**
2    **[State Bar No. 151333]**
   **COUNTY OF SACRAMENTO**
3  **700 H Street, Suite 2650**
   **Sacramento, CA  95814**
4  **Telephone:  (916) 874-1346**
   **Facsimile:  (916) 874-8207**
5  **E-mailwoodj@saccounty.net**
   **File No.:  324.07A**
6
   **Attorneys for County of Sacramento**
7

8                    **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10 **JOSEPH WALTER KAISER,**              | **Case No.      CIV S-91-0300 GGH P**

11            **Plaintiff,**              | **ORDER AMENDING CONSENT**
                                          | **DECREE**
12 **vs.**

13 **COUNTY OF SACRAMENTO, a**
   **California public entity**
14
              **Defendants.**
15

16         Whereas, on January 28, 1993, a Consent Decree was entered into by plaintiffs

17 Joseph Walter Kaiser, et al. and defendants County of Sacramento and the Sheriff of

18 Sacramento County.

19         Whereas the parties respectfully request that the Court affirms its Order of October

20 30, 2008, and amends said Consent Decree;

21 **NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS**:

22         A.     The Consent Decree is hereby amended as follows:

23 Paragraph 7 of the Consent Decree is amended to read:

24
   Psychiatric patients classified for housing in the General Population and under
25 the care of Outpatient Psychiatric Services, will be allowed to be housed in the
   Roger Bauman Facility of the Rio Cosumnes Correctional Center, and will be
26 provided mental health services by Jail Psychiatric Services.

27         B.     Except as expressly amended herein, all other terms of the Consent Decree

28
                                        1
   _____
   ORDER AMENDING CONSENT DECREE

1    shall remain unchanged.

2

3    I hereby stipulate to the above:

4    STEWART KATZ

5

6    _____          Dated: _____

7    Attorney for Plaintiff

8    JAMES R. WOOD

9

10   _/S/ JAMES R. WOOD_____          Date___10/23/09_____

11   Deputy County Counsel
     Attorney for Defendants

12

13        IT IS SO ORDERED*:

14

15   Dated: October 26, 2009          /s/ Gregory G. Hollows

16                                    _____
                                      UNITED STATES MAGISTRATE JUDGE

17   Kaiser300.ord

18

19
     * Signed stipulation in the file Docket # 263.
20

21

22

23

24

25

26

27

28

2