1  JOHN F. WHISENHUNT, County Counsel
   JAMES R. WOOD, Deputy County Counsel
2    [State Bar No. 151333]
   COUNTY OF SACRAMENTO
3  700 H Street, Suite 2650
   Sacramento, CA  95814
4  Telephone:  (916) 874-1346
   Facsimile:  (916) 874-8207
5  E-mailwoodj@saccounty.net
   File No.:  120239-000026
6
   Attorneys for County of Sacramento
7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WALTER KAISER,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a California public entity<br><br>    Defendants. | Case No.    CIV S-91-0300 GGH P<br><br>ORDER AMENDING CONSENT DECREE |

Whereas, on January 28, 1993, a Consent Decree was entered into by plaintiffs Joseph Walter Kaiser, et al. and defendants County of Sacramento and the Sheriff of Sacramento County.

Whereas the parties respectfully request that the Court grants the proposed modification of the existing consent decree and amend paragraph 2 of the Consent Decree as follows:

> The defendants shall maintain a law library at the Sacramento County Main Jail and the Rio Cosumnes Correctional Center to which inmates shall be provided on reasonable notice, subject to reasonable rules and regulations governing the conduct of the inmates therein and operations thereof, access to conduct legal research using computers and kiosks that have, but are not limited to, software provided by LexisNexis or an equivalent. Inmates housed at the Main Jail and the Rio Cosumnes Correctional Center shall each be notified of the rules and regulations governing access to legal materials, including the contents of the library and access to computerized research systems. Notification to inmates of

1
_____

updates as to contents shall be made at reasonable intervals and in a reasonable manner.

Defendants shall ensure that sufficient users manuals are available for any computerized research system.  Defendants shall use reasonable efforts to ensure that the computerized research systems are maintained in working order.

Except as expressly amended herein, all other terms of the Consent Decree shall remain unchanged.

This order of modification shall become final if no objections are received within twenty-one calendar days.  If objections are received, the court will conduct appropriate proceedings to resolve them.

IT IS SO ORDERED:

Dated: March 6, 2013                /s/ Gregory G. Hollows
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

ORDER AMENDING CONSENT DECREE

1

PROOF OF SERVICE