IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH WALTER KAISER, et al.,

    Plaintiffs,                    No. CIV S-91-0300 GGH P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.           <u>ORDER</u>

_____/

        On March 7, 2013, an order amending the consent decree was issued in this case. On May 3 and June 7, 2013, objections were filed.

        Accordingly, IT IS ORDERED that: Defendants file a response to the objections within fourteen days of this order.

DATED: June 24, 2013

                <u>/s/ Gregory G. Hollows</u>
             UNITED STATES MAGISTRATE JUDGE

GGH:076
kais0300.objs

1